UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREGORY D. KILPATRICK,

                Plaintiff,

-against-

KATHY HOCHUL, et al.

                Defendants.

25-CV-6672 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

On January 23, 2018, Plaintiff was barred from filing any new action *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *See In re Gregory D. Kilpatrick*, No. 17-CV-9861 (CM) (S.D.N.Y. Jan. 23, 2018). Plaintiff files this new *pro se* case seeking IFP status, but he has not sought leave from the court to file this action. The Court therefore dismisses the action, without prejudice, for failure to comply with the January 23, 2018 order.

The Court directs the Clerk of Court to terminate the motions at ECF 5 and 7.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a civil judgment in this case.

SO ORDERED.

Dated:   August 21, 2025
           New York, New York

                                            /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                         Chief United States District Judge