UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY D. KILPATRICK,<br><br>                              Plaintiff,<br><br>         -against-<br><br>KATHY HOCHUL, ET AL.,<br><br>                              Defendants. | 25 CIVIL 6672 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 21, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   August 22, 2025
         New York, New York

                                                      /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                  Chief United States District Judge