UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY D. KILPATRICK,

                    Plaintiff,

-against-

KATHY HOCHUL, et al.

                    Defendants.

25-CV-6672 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

       By order dated August 21, 2025, the Court dismissed this action brought by Plaintiff Gregory D. Kilpatrick, who is barred from filing any new action *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *See In re Gregory D. Kilpatrick*, No. 17-CV-9861 (CM) (S.D.N.Y. Jan. 23, 2018). Plaintiff initiated this action by filing a complaint and an IFP application.

       On August 12, 2025, the Finance Department received from Plaintiff a personal check in the amount of $405.00. The Finance Department returned the check because the Clerk's Office does not accept personal checks for payment of the fees. On August 21, 2025, the Court dismissed the action because Plaintiff, who had submitted an IFP application with his complaint, did not seek leave from the court to file this action IFP, as required by the bar order issued in *In re Gregory D. Kilpatrick*, No. 17-CV-9861 (CM). The Clerk of Court entered a civil judgment on August 22, 2025.

       On August 28, 2025, the Finance Department received two checks from Plaintiff, totaling $405.00. Because this action is closed, the Court directs the Finance Department to return the two checks to Plaintiff. Should Plaintiff seek to bring this action by paying the fees, he must include proper payment with his complaint.

## CONCLUSION

The Court directs the Finance Department to return to Plaintiff the two checks, totaling $405.00 and received on August 28, 2025.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: September 2, 2025
       New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge