UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY D. KILPATRICK,

                Plaintiff,

-against-

KATHY HOCHUL, et al.

                Defendants.

25-CV-6672 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated August 21, 2025, the Court dismissed this action brought by Plaintiff Gregory D. Kilpatrick, who is barred from filing any new action *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *See In re Gregory D. Kilpatrick*, No. 17-CV-9861 (CM) (S.D.N.Y. Jan. 23, 2018). The Clerk of Court entered a civil judgment on August 22, 2025.

On August 28, 2025, the Finance Department received two checks from Plaintiff, totaling $405.00. By order dated September 2, 2025, the Court directed the Finance Department to return the two checks to Plaintiff because this action is closed. On October 6, 2025, the Court again received checks totaling $405.00 in fees, and the Finance Department again returned the fees.

On October 22, 2025, the Finance Department received a check in the amount of $405.00 from Plaintiff for this closed case. The Court directs the Finance Department to return these fees because this case is closed.

## CONCLUSION

The Court directs the Finance Department to return to Plaintiff his payment in the amount of $405.00, received on October 22, 2025.

This case is closed.

**Should Plaintiff continue to submit payment for this closed case, the Finance Department shall return these payments.**

**Should Plaintiff seek to pursue the relief asserted in his complaint in this action, he must file a new civil action and include his payment with the new submission.**

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   October 23, 2025
         New York, New York

                                                   /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                               Chief United States District Judge